UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS DELGADO,

                        Plaintiff,

-v-                                      CIVIL ACTION NO. 25 Civ. 2360 (MMG) (SLC)

CITY OF NEW YORK, et al.,                          **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 21). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **August 6, 2025, at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on WebEx or by the parties on an alternative platform).

Dated:      New York, New York
              July 15, 2025

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge